UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE E. HENSLEY,<br><br>        Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 1:21-cv-01749-CDB<br><br>**ORDER ON STIPULATION TO EXTEND PLAINTIFF'S TIME TO FILE OPENING BRIEF**<br><br>(ECF No. 14) |

Based on the Parties' representations in the Stipulation dated November 17, 2022 (ECF No. 14), and good cause appearing for the same, the Court ORDERS that Plaintiff's time to file an Opening Brief in the above-referenced case be extended to December 19, 2022.

IT IS SO ORDERED.

Dated:   **November 18, 2022**                                    _____
                                                                                    UNITED STATES MAGISTRATE JUDGE