1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                            EASTERN DISTRICT OF CALIFORNIA

10

11    EDDIE E. HENSLEY,                          Case No. 1:21-cv-01749 -CDB (SS)

12                  Plaintiff,
                                                 ORDER ON STIPULATED MOTION
13           v.                                  FOR EXTENSION OF TIME TO FILE
                                                 CORRECTED TRANSCRIPT AND TO
14    COMMISSIONER OF SOCIAL SECURITY,           FILE MOTION FOR SUMMARY
                                                 JUDGMENT
15                  Defendant.
                                                 (ECF No. 16)
16

17

18           On December 15, 2022, the parties filed a Stipulated Motion for Extension of Time.  (ECF

19    No. 16) in which they request a two-week extension of time to file a corrected transcript (with a

20    due date of December 29, 2022) and a 30-day extension from the filing of the corrected transcript

21    for Plaintiff to file his opening brief.

22           Accordingly, for the reasons set forth in the parties' stipulation and for good cause shown,

23    IT IS HEREBY ORDERED:

24           1.   Defendant shall file any corrected transcript on or before **December 29, 2022**; and

25    / / /

26    / / /

27    / / /

28

2. Plaintiff shall file his opening brief within 30 days of the filing of the corrected transcript, and in no event later than **January 30, 2023**.

IT IS SO ORDERED.

Dated:   **December 19, 2022**

_____
UNITED STATES MAGISTRATE JUDGE