UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE E. HENSLEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:21-cv-01749 -CDB (SS)<br><br>ORDER ON STIPULATED MOTION FOR EXTENSION OF TIME TO FILE CORRECTED TRANSCRIPT<br><br>(ECF No. 20) |

Pending before the Court is the parties' stipulation, filed January 24, 2023, in which the parties seek an order granting Defendant a seven-day extension of time to file a corrected transcript (with a due date of February 3, 2023). For the reasons set forth in the parties' stipulation and for good cause shown, IT IS HEREBY ORDERED:

1. Defendant shall file any corrected transcript on or before **February 3, 2023**; and
2. Plaintiff shall file his opening brief within 30 days of the filing of the corrected transcript, and in no event later than **March 6, 2023**.

IT IS SO ORDERED.

Dated: **January 25, 2023**

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE